UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| JOSHUA HERMAN CARROLL SHUMAKER | ) CASE NUMBER 10-71670-BHL-7 |
| DEBTOR(S) | ) |

**TRUSTEE'S REPORT OF POSSIBLE ASSETS AND
NOTICE OF PROPOSED ABANDONMENT**

Comes now Stacy Wissel, Chapter 7 Trustee herein, and notifies the Court that there are possible assets in this case, administration of which may result in a dividend to creditors. The Clerk is requested to establish a Claims Bar Date at this time.

A complete inventory of the property of the debtor is listed on the attached Form 1.

The trustee moves that the all the property listed be abandoned as exempt, over-encumbered or not otherwise suitable for administration **except** for the POTENTIAL 2010 TAX REFUNDS.

A report of depository will be submitted when a deposit is made.


DATE: Saturday, October 30, 2010        /s/ Stacy Wissel
                                        Stacy Wissel, Trustee
                                        Post Office Box 68
                                        Decker, Indiana 47524-0068
                                        812.886.6452
                                        Swissel@sbcglobal.net

Certificate of Service

I do hereby certify that on Saturday, October 30, 2010, a copy of the foregoing **Trustee's Report of Possible Assets and Notice of Abandonment** was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

U.S.Trustee - ustpregion10.in.ecf@usdoj.gov

Stacy M. Wissel - tr_wissel_ecf@sbcglobal.net, IN57@ecfcbis.com

I further certify that on Saturday, October 30, 2010, a copy of the foregoing **Trustee's Report of Possible Assets and Notice of Abandonment** was mailed by first-class United States Mail, postage prepaid, and properly addressed to the following:

Joshua Shumaker
2330 N Mill Street
Jasper, IN 47546

BY:   /s/ Stacy Wissel  _____
Stacy Wissel, Trustee
Post Office Box 68
Decker, IN 47524
812.886.6452
812.886.6522 (fax)
swissel@sbcglobal.net

Office of Stacy Wissel
Post Office Box 68
Decker, Indiana 47524-0068
812.886.6452